UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

OptimizeRX Corporation,

                        Plaintiff(s),

v.                                                Case No. 2:13−cv−10481−AC−DRG
                                                 Hon. Avern Cohn

Physicians Interactive Inc., et al.,

                        Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 225, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  October 21, 2013 at 10:00 AM

**ADDITIONAL INFORMATION:**  Parties shall exchange materials to be displayed at tutorial at least 5 days prior to date of tutorial.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                  By: s/S. Chami
                                                                   Case Manager

Dated:  September 19, 2013